UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-1684-MWF(PLAx)**                                    Date: **July 16, 2015**

Title:    BWP Media USA, Inc. -v- Enrique Miguel Iglesias Preysler

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
             None                                                      None

PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

   Plaintiff is ordered to show cause, in writing, no later than **August 17, 2015**, why this action should not be dismissed for lack of prosecution.

   The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause: Proof of service of summons and complaint.

   No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  *Failure to respond to the Order to Show Cause will result in the dismissal of this action.*

   **IT IS SO ORDERED.**

Initials of Deputy Clerk   cw

(Rev. 10/1/04)